PROB 12C
(Rev. 12/82)



UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

FILED

MAY 19 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

U.S.A. vs. **Bridgette Johnson**          Docket No.

05 PT 329 TFH

### REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violation of Supervised Release)

COMES NOW **Pasquinucci Miller**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Bridgette Johnson**, who was placed on Supervised Release by the Honorable **Janet C. Hall**, United States District Court Judge, sitting in the Court at the District of Connecticut, on the **21st** day of **July**, 2000, who fixed the period of Supervised Release at **three** years, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. Participate in substance abuse treatment, to include drug testing as an in or out-patient, at the direction of the probation officer;

2. Participate in mental health counseling with a focus on anger management, at the direction of the probation officer;

3. Pay all or a portion of the costs associated with treatment based on her ability to pay as determined by the probation officer; and

4. Pay a special assessment of $100.

On July 21, 2000, Bridgette Johnson appeared before the Honorable Janet C. Hall, in the District of Connecticut, and was sentenced having pled guilty to Assault with a Deadly Weapon, in violation of 18 U.S.C. § 113(a). On that date, she was committed to the custody of the United States Attorney General for a term of thirty months to run consecutive to her other federal sentence. Supervised release was to follow for a term of three years. Ms. Johnson's term of supervision is scheduled to expire on October 21, 2005.

On May 5, 2005, Your Honor signed the Probation Form 22, accepting jurisdiction of this case.

---

[1] This is the docket number assigned by the District of Connecticut. On May 2, 2005, jurisdiction was accepted by the District of Columbia; however, a docket number for the District of Columbia is yet to be assigned.



Johnson, Bridgette
Docket No. CR-99-194(D/CT)
Page 2

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### Statement of Alleged Violation of Supervised Release

1. Ms. Johnson tested positive for marijuana on October 7, 2004, and cocaine on January 13, 2005, February 9, 2005, April 1, 2005, and April 5, 2005. (Special Condition)

PRAYING THE COURT WILL ORDER a Hearing on Violation of Supervised Release with the voluntary appearance of Ms. Johnson before the Court_____/Magistrate Judge FACCIOLA on 7/13/05, at 9:30AM, in Courtroom #4, Second Floor To be set

Respectfully submitted,

Pasquinucci Miller
United States Probation Officer
Telephone: (202) 565-1413

APPROVED BY: Ervin Bell
Ervin Bell, Supervising
United States Probation Officer
(202) 565-1314

### ORDER OF COURT

Considered and ordered this _18_ day of __May__, 2005.

Thomas F. Hogan, Chief Judge
United States District Court

Johnson, Bridgette
Docket No. CR-99-194(D/CT)
Page 3

Notice of Delivery to Parties:

| | |
|---|---|
| Tasheeka Hawkins | A.J Kramer |
| Criminal Division | Federal Public Defender |
| U.S. Attorney's Office | 625 Indiana Ave., N.W., Ste. 550 |
| 555 4th Street, N.W | Washington, D.C. 20004 |
| 20036 | |

2