# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :      **Criminal Case No.: CR 05-PT- 329**

V.      :      **FILED**

**Bridgette Johnson**      :      SEP 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The defendant, having appeared before the Court on September 12, 2005, upon the petition of the Probation Office for a Hearing on Violation of the conditions of Supervised Release, and was found to be in violation of the conditions of her supervision, as alleged on the Probation Form 12 dated May 16, 2005. For the reasons set forth on the record, the Court continued the defendant on supervision and it is hereby

**Ordered** that the defendant's conditions of supervision be modified to include that the term of supervised release shall be extended for six months, to expire on April 21, 2006; and it is hereby further

**Ordered** that except as provided above, the provisions of the Judgement and Commitment Order dated July 21, 2000, shall remain in effect.

JOHNSON, Bridgette
Docket No: CR 05-PT-329
Page 2


It is, this ____ *14* ____ day of ____ *Septem* ____, 2005.

So ordered.


*John M. Facciola*
John M. Facciola
United States Magistrate Judge